IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | 8:06CR404 |
| JOSE MARIA SOTO-MATA, | ) ) | **SCHEDULING ORDER** |
| Defendants. | ) ) | |

    IT IS ORDERED that the following is set for hearing on **December 20, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    -Initial Appearance and Arraignment on Indictment

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 19th day of December, 2006.

                                   BY THE COURT:

                                   S/ F.A. Gossett
                                   United States Magistrate Judge