IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR404 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE SOTO-MATA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Thursday, April 26, 2007, at 1:30 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 23rd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court